# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 28, 2024

_____

## COPY FOLLOW-UP NOTICE

_____

No. 23-2083,   <u>Pablo Espin v. Citibank, N.A.</u>
5:22-cv-00383-BO-RN

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 07/01/2024**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Opening Brief | 4 | Appellant |
| Joint Appendix | 4 | Appellant |
| Amicus Brief | 4 | The National Guard of the United States, the Military Officers Association of America, and the Reserve Organization of America. |
| Amicus Brief | 4 | Chamber of Commerce of the United States of America, American Financial Services Association, and American Bankers Association |

/s/ NWAMAKA ANOWI, CLERK