# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 28, 2024

_____

## RESPONSE FOLLOW-UP NOTICE

_____

No. 23-2083,   Pablo Espin v. Citibank, N.A.
              5:22-cv-00383-BO-RN

TO:
Reserve Organization of America
Enlisted Association of the National Guard of the United States
American Financial Services Association
Chamber of Commerce of the United States of America
Military Officers Association of America
American Bankers Association

RESPONSE/ANSWER DUE:  July 1, 2024

The court previously directed that you respond to the attached form indicating counsel's knowledge of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. We have not received your response. You must remedy this default within 3 days. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Taylor Barton, Deputy Clerk
804-916-2702